# Exhibit A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
**20CI01646**
WILLIAM T. BOYETT
DEC 24, 2020 01:19 PM

Melica Kendrick, Clerk
Whitfield County, Georgia

IN THE SUPERIOR COURT OF WHITFIELD COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELIZABETH NGUGI, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | |
| SHAW INDUSTRIES GROUP, INC ) | JURY TRIAL DEMANDED |
| Defendant. ) | |



## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Plaintiff Elizabeth Ngugi (hereinafter "Plaintiff" or "Ms. Ngugi"), by and through her undersigned counsel, alleges the following against Defendant Shaw Industries Group, Inc (hereinafter "Defendant" or "Shaw"):

### NATURE OF THE ACTION

This is an action relief and damages to redress Defendant's unlawful employment practices against Plaintiff, including its discriminatory treatment and harassment of Plaintiff due to her sex, and its unlawful retaliation against her after she complained about unlawful discrimination in the workplace in violation Title VII of the Civil Rights Act of 196, as amended. Defendant discriminated against Ms. Ngugi by terminating her employment because she exercised her rights under Title VII.

### JURISDICTION AND VENUE

1. This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17. Jurisdiction of this Court is invoked under state law pursuant to GA Code §45-19-20.

2. Venue is proper in this county pursuant to GA Code §14-2-510 because Defendant maintains its registered office and principal place of business in this county.

1

## PARTIES

3. Plaintiff, Elizabeth Ngugi, is a resident of Bartow County, Georgia. At all relevant times, Plaintiff is and has been a resident of the State of Georgia and met the definition of an "employee" under all applicable statutes.

4. Upon information and belief, Defendant Shaw Industries Group, Inc is a flooring manufacturer with principal offices located in Whitfield County, Georgia at 616 E. Walnut Avenue, Dalton, GA 30722. At all relevant times, Defendant has met the definition of an "employer" under all applicable statutes.

## FACTUAL ALLEGATIONS

5. Plaintiff is a female former employee of Shaw. She was employed by Shaw on or about August 25, 2010 to March 2019 as a Production Employee.

6. Plaintiff reported to Mr. Kennedy Waweru as her supervisor.

7. On or about February 25, 2019, Plaintiff was harassed and intimidated by her supervisor Mr. Waweru who stated he was going to get her fired in favor of a male employee. Mr. Waweru informed Plaintiff that he had already found a male employee to replace her. Mr. Waweru harassed and intimidated Plaintiff by grabbing her arm.

8. Plaintiff reported the incident to her manager and Mr. Waweru's superior. Plaintiff was advised to move to a different department. Mr. Waweru was later suspended for two days pending an investigation into the incident.

9. Approximately two weeks after Mr. Waweru returned to work, Plaintiff's employment with Shaw was terminated based on "violation of company rules." Plaintiff was replaced by a male employee as promised by Mr. Waweru.

10. Prior to her termination, Plaintiff's performance with Shaw was satisfactory.

## FIRST CLAIM FOR RELIEF
(Retaliation)

11. Defendant has violated Title VII, 42 U.S.C. § 2000e-2 by terminating the employment of Ms. Ngugi as retaliation for her protected complaints and opposition to Mr. Waweru's actions on the basis of sex. The effect of the events described above has been to deprive Ms. Ngugi of equal employment opportunities in retaliation for exercising her federally protected rights.

12. As a direct and proximate result of Defendant's unlawful retaliatory conduct in violation of Title VII, Plaintiff has suffered and continues to suffer monetary and/or economic damages, including, but not limited to, loss of past and future income, compensation and benefits for which she is entitled to an award of monetary damages and other relief.

13. As a direct and proximate result of Defendant's unlawful retaliatory conduct in violation of Title VII, Ms. Ngugi has suffered and continues to suffer severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

14. Defendant's unlawful retaliatory conduct constitutes a willful and wanton violation of Title VII, was malicious and made with reckless indifference to her protected rights, and was intended to injure Plaintiff, entitling Plaintiff to an award of punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment in her favor and against Defendant, and including the following relief:

A. A declaratory judgment that the actions, conduct and practices of Defendant complained of herein violate the laws of the United States and the State of Georgia;

B. A permanent injunction enjoining Defendant from engaging in any employment practice which retaliates against employees who complain about discrimination;

C. An award of damages, in an amount to be determined at trial, to make Ms. Ngugi whole by providing appropriate backpay with prejudgment interest, and other affirmative and equitable relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to, rightful-place reinstatement or front pay;

D. An award of damages, in an amount to be determined at trial, to make Ms. Ngugi whole by compensating for all monetary and/or economic damages including, but not limited to, the loss of past and future income, wages, compensation, job security and other benefits of employment, with prejudgment interest;

E. An award of damages, in an amount to be determined at trial, to make Ms. Ngugi whole by compensating for all non-monetary and/or compensatory damages, including, but not limited to, compensation for her severe mental anguish and emotional distress, humiliation, depression, embarrassment, stress and anxiety, loss of self-esteem, self-confidence and personal dignity, and emotional pain and suffering and any other physical or mental injuries, with prejudgment interest;

F. An award of punitive damages, in an amount to be determined at trial, for Defendant's malicious and willful conduct;

G. An award of costs Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorneys' fees;

H. Allowance to amend this complaint to avoid manifest injustice; and

I. Any other relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Plaintiff hereby requests a trial by jury on all issues of fact and damages raised by her Complaint.

Dated December 24, 2020

Respectfully submitted,

/s/ William A. Tiku

WILLIAM A. TIKU
Counsel for Plaintiff
Tiku & Associates, P.C.
2470 Windy Hill Rd Ste 116
Marietta, GA 30067
tiku@tikuassociates.com
(770) 272-9470

5

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

📧 **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
**20CI01646**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Elizabeth Ngugi<br>26 Ponders Road, S.E.<br>Cartersville, GA 30121 | From: | Atlanta District Office WILLIAM T. BOYETT<br>100 Alabama Street, S.W. DEC 24, 2020 01:19 PM<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

Melica Kendrick, Clerk
Whitfield County, Georgia

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2019-04658 | Robyn Conley,<br>Investigator | (404) 562-6856 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Ivan Garcia    *Digitally signed by Ivan Garcia*
*DN: cn=Ivan Garcia, o=U.S. EEOC,*
*ou=Atlanta District Office,*
*ou=Enforcement Unit 2,*
*email=ivan.garcia@eeoc.gov, c=US*
*Date: 2020.09.29 17:19:07 -04'00'*

| Enclosures(s) | **Darrell E. Graham,<br>District Director** | *(Date Mailed)* |
|---|---|---|

cc:

Brandon Springle
Shaw Industries, Inc.
Dalton, Georgia 30722

William Tiku, Esq.
2470 Windyhill Rd
Suite 116
Marietta, GA 30067

# General Civil and Domestic Relations Case Filing Information Form

🖨 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA

**20CI01646**

WILLIAM T. BOYETT

☑ Superior or ☐ State Court of __Whitfield__ County

DEC 24, 2020 01:19 PM

Melica Kendrick, Clerk
Whitfield County, Georgia

**For Clerk Use Only**

Date Filed __12-24-2020__
MM-DD-YYYY

Case Number __20CI01646__

### Plaintiff(s)
NGUGI, ELIZABETH
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

### Defendant(s)
SHAW INDUSTRIES GROUP, INC
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** __Tiku, William__    **Bar Number** __142256__    **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

### General Civil Cases
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

### Domestic Relations Cases
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

# SUPERIOR COURT OF WHITFIELD COUNTY
## STATE OF GEORGIA

⁂ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
**20CI01646**
WILLIAM T. BOYETT
DEC 24, 2020 01:19 PM

Melica Kendrick, Clerk
Whitfield County, Georgia

CIVIL ACTION NUMBER  20CI01646

NGUGI, ELIZABETH

_____

**PLAINTIFF**

**VS.**

SHAW INDUSTRIES GROUP, INC

_____

**DEFENDANT**

## SUMMONS

TO: SHAW INDUSTRIES GROUP, INC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **William Tiku**
> **Tiku and Associates, P.C.**
> **2470 Windy Hill Road, Ste. 116**
> **Marietta, Georgia 30067**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of December, 2020.**

Clerk of Superior Court

Melica Kendrick, Clerk
Whitfield County, Georgia

≡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA

**20CI01646**

WILLIAM T BOYETT
DEC 30, 2020 02:25 PM

*Melica Kendrick*
Melica Kendrick, Clerk
Whitfield County, Georgia

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. __20CI01646__ | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐   Probate Court ☐ |
| Date Filed __12/24/20 01:19 PM__ | Juvenile Court ☐ |

Georgia, __WHITFIELD__ COUNTY

Attorney's Address   Tiku, William
Tiku and Associates, P.C.
2470 Windy Hill Road, Ste. 116
Marietta, GEORGIA 30067-

770-272-9470

NGUGI, ELIZABETH
_____
Plaintiff

VS.
SHAW INDUSTRIES GROUP, INC
_____
Defendant

_____
Garnishee

Name and Address of Party to be Served.
SHAW INDUSTRIES GROUP, INC

616 EAST WALNUT AVENUE

DALTON, GEORGIA 30721

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __Shaw Industries Group Inc__ a corporation by leaving a copy of the within action and summons with __Rhonda Mitchell__ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __28__ day of __December__, 20 __20__

_____ #484
Deputy