IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ELIZABETH NGUGI,<br><br>    Plaintiff,<br><br>v.<br><br>SHAW INDUSTRIES GROUP,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>4:21-CV-0021-HLM-WEJ |

## ORDER

This case is before the Court on Plaintiff's Stipulation of Dismissal [7] and on the Court's own Motion.

Plaintiff filed a Stipulation of Dismissal indicating that Plaintiff intended to dismiss this case with prejudice pursuant to the Parties' settlement. (Stipulation of Dismissal (Docket Entry No. 7).) The Stipulation of Dismissal does not contain a signature from Defendant's counsel, and, to date, Plaintiff has not filed an amended Stipulation of Dismissal containing the required signature from Defendant's counsel. The Court finds that it is appropriate to treat the Stipulation of Dismissal as a Motion to Dismiss, and it grants the Motion.

ACCORDINGLY, the Court **APPROVES** Plaintiff's Stipulation of Dismissal [7], which the Court treats as a Motion to Dismiss, and

**DISMISSES** this action **WITH PREJUDICE**. The Court **DIRECTS** the Clerk to **CLOSE** this case.

IT IS SO ORDERED, this the 2nd day of March, 2021.

/s/ Harold L. Murphy
_____
SENIOR UNITED STATES DISTRICT JUDGE